(124 So. 923)

**Julia M. LOVELACE v. GUERAND MOTOR CO.   (2 Div. 437.)**

Court of Appeals of Alabama.   Nov. 5, 1929.

BRICKEN, P. J.   Appeal dismissed on motion of appellant.

(119 So. 924)

**LOVEMAN, JOSEPH & LOEB v. Mrs. J. M. MORRISON.   (6 Div. 499.)**

Court of Appeals of Alabama.   Jan. 8, 1929.

BRICKEN, P. J.   Appeal dismissed by consent of parties.

(119 So. 924)

**Harrison LOWERY v. STATE.   (5 Div. 718.)**

Court of Appeals of Alabama.   Dec. 11, 1928.

SAMFORD, J.   Affirmed.

(123 So. 926)

**Willie LUKERSON v. STATE.   (4 Div. 486.)**

Court of Appeals of Alabama.   June 29, 1929.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.   The indictment against this appellant contained two counts. The judgment of conviction is rested upon count 1, in conformity to the verdict of the jury. The offense charged in count 1 was the unlawful possession of a still to be used for the purpose of manufacturing alcoholic or spirituous liquors. The count was proper in form and substance.

There was evidence tending to show the commission of the offense charged by the defendant. There was also evidence tending to show otherwise. This conflict made a jury question.

Upon the trial several exceptions were reserved to the rulings of the court upon the admission of evidence. These exceptions have been examined, but will not be here discussed. The rulings complained of being manifestly free from error, and the record proper regular in all things, the judgment of conviction appealed from will stand affirmed. Affirmed.

(122 So. 924)

**Ex parte Charlie C. McCALL, Atty. Gen. (2 Div. 431.)**

Court of Appeals of Alabama.   May 21, 1929.

PER CURIAM.   Petition dismissed.

(125 So. 923)

**Frank McCARTER v. STATE.   (6 Div. 626.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

RICE, J.   Appeal dismissed.

(125 So. 924)

**Buck McCARTY v. STATE.   (7 Div. 620.)**

Court of Appeals of Alabama.   Jan. 21, 1930.

BRICKEN, P. J.   Affirmed.

(124 So. 923)

**W. T. McCARTY v. STATE.   (I Div. 889.)**

Court of Appeals of Alabama.   Nov. 19, 1929.

RICE, J.   Affirmed.

(125 So. 924)

**McCARTY–GREENE MOTOR CO. v. Frances CUSIMANO.   (7 Div. 579.)**

Court of Appeals of Alabama.   Nov. 5, 1929.

Rehearing Denied Jan. 7, 1930.

Culli, Hunt & Culli, of Gadsden, for appellant.

James D. Giles, of Gadsden, for appellee.

RICE, J.   Affirmed.